# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159062(46)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEAN McMASTER,
         Plaintiff-Appellant\
         Cross-Appellee,

v

DTE ENERGY COMPANY,
         Defendant,
and

DTE ELECTRIC COMPANY,
         Defendant-Appellee\
         Cross-Appellant,
and

FERROUS PROCESSING AND TRADING
COMPANY, doing business as FERROUS
PROCESSING & TRADING CO.,
         Defendant.
_____/

SC: 159062
COA: 339271
Oakland CC: 15-147414-NO

        On order of the Chief Justice, the motion of defendant-appellee\cross-appellant to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 10, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2019



Clerk